# UNITED STATES DISTRICT COURT

for the

Denise Renee [Family: Sanfilippo] in esse, Principal, Lender-in-Fact and Beneficiary of Original Jurisdiction,

*Plaintiff*

v.

Citibank, et al

*Defendant*

Civil Action No. 7:10-CV-86-H

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Brock + Scott, PLLC
5431 Oleander Drive, Suite 200 [28403]
Wilmington (03), North Carolina, U.S. of A.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are

Denise Renee [Family: Sanfilippo]
385 RL Honeycutt Drive
Wilmington, North Carolina 28412

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT          **DENNIS P. IAVARONE, CLERK**

Date: 9 Sept 2010

Jacqueline B. Grady
*Signature of Clerk or Deputy Clerk*

Civil Action No.

# PROOF OF SERVICE
## *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

&#10697; I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

&#10697; I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

&#10697; I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

&#10697; I returned the summons unexecuted because _____ ; or

&#10697; Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____0.00_____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

for the

Denise Renee [Family: Sanfilippo], in esse, Principal, Lender-in-Fact, and Beneficiary of Original Jurisdiction,

_____
Plaintiff

v.

Citibank, et al
_____
Defendant

)
)
)
)
)
)
)
)

Civil Action No. 7:10-CV-86-H

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

John Cody
c/o Mortgage Electronic Registration Systems, Inc.
1818 Library Street, Suite 300 [20190]
Reston (90) Virginia, U.S. of A.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Denise Renee [Family: Sanfilippo]
385 RL Honeycutt Drive
Wilmington, North Carolina 28412

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT     **DENNIS P. IAVARONE, CLERK**

Date: 9 Sept 2010

_____
Jacqueline B. Shady
*Signature of ~~Clerk or~~ Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____  .

    ❒ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

    ❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

    ❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

    ❒ I returned the summons unexecuted because _____ ; or

    ❒ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ ____0.00____  .


I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

## for the

Denise Renee [Family: Sanfilippo], in esse, Principle
Lender-in-fact, and Beneficiary of Original Jurisdiction
_____
*Plaintiff*

v.

Citibank, et al
_____
*Defendant*

)
)
)
)
)
)
)

Civil Action No.  7:10-CV-86-H

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

c/o June Pilley
c/o Brock + Scott, PLLC
5431 Oleander Drive, Suite 200 [28403]
Wilmington (03), North Carolina, U.S. of A.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Denise Renee [Family: Sanfilippo]
385 R.L. Honeycutt Drive
Wilmington, North Carolina 28412

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT                    **DENNIS P. IAVARONE, CLERK**

Date: 9 Sept 2010

_____
*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

&#10063; I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

&#10063; I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

&#10063; I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

&#10063; I returned the summons unexecuted because _____ ; or

&#10063; Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.

Date: _____          _____
                                                            *Server's signature*


                                                     _____
                                                            *Printed name and title*


                                                     _____
                                                            *Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the

Denise Renee [Family Sanfilippo] in esse, Principal,
Lender-in-Fact, and Beneficiary of Original Jurisdication,

_____
*Plaintiff*

v.

Citibank, et al
_____
*Defendant*

)
)
)
)
)
)

Civil Action No. 7:10-CV-86-H

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Lesley Hackett
c/o First NLC Financial
671 Southwest 15th Street [33486]
Boca Raton (86), Florida, U.S. of A.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Denise Renee [Family: Sanfilippo]
385 RL Honeycutt Drive
Wilmington, North Carolina 28412

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*  **DENNIS P. IAVARONE, CLERK**

Date: 9 Sept 2010

Jacqueline B. Grady
*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*


_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

for the

Denise Renee [Family: Sanfilippo], in esse, Principal,
Lender-in-Fact, and Beneficiary of Original Jurisdiction.
_____
*Plaintiff*

v.

Citibank, et al
_____
*Defendant*

Civil Action No. 7:10-CV-86-H

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Jeremey B. Wilkins
C/O Brock + Scott, PLLC
5431 Oleander Drive, Suite 200 [28403]
Wilmington (o3), North Carolina, U.S. of A.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: 

Denise Renee [Family: Sanfilippo]
385 R.L. Honeycutt Drive
Wilmington, North Carolina 28412

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT     **DENNIS P. IAVARONE, CLERK**

Date: 9 Sept 2010

_____
*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Denise Renee [Family, Sanfilippo], in esse, Principal,
Lender-in-Fact, and Beneficiary of Original Jurisdiction,

_____
*Plaintiff*

v.

Citibank, et al
_____
*Defendant*

)
)
)
)
)
)
)

Civil Action No. 7:10 - CV-86-H

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Matthew J. Herrle
c/o Brock + Scott, PLLC
5431 Oleander Drive, Suite 200 [28403]
Wilmington(03), North Carolina, U.S. of A.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Denise Renee [Family: Sanfilippo]
385 R.L. Honeycutt Drive
Wilmington, North Carolina 28412

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

DENNIS P. IAVARONE, CLERK

Date: 9 Sept 2010

_____
*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:




My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .


I declare under penalty of perjury that this information is true.


Date: _____                _____
                                              *Server's signature*


                                     _____
                                              *Printed name and title*


                                     _____
                                              *Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
### for the

Denise Renee [Family Sanfilippo] in esse, Principal
Lender-in-fact, and Beneficiary of Original Jurisdiction,

_____
Plaintiff

           v.

Citibank, et al
_____
Defendant

)
)
)
)
)
)
)

Civil Action No. 7:10-CV-86-H

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Vikram Pandit
c/o Citibank, N.A.
399 Park Avenue [10022]
New York (22), New York, U.S. of A.

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Denise Renee [Family: Sanfilippo]
385 R.L. Honeycutt Drive
Wilmington, North Carolina 28412

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT         DENNIS P. IAVARONE, CLERK

Date: 9 Sept 2010

Jacqueline B. Grady
*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: